44

granted, *up to and including September 19, 2013*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 13–0697/AR. U.S. v. Patrick R. Criswell. CCA 20110560. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including September 19, 2013*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 13–5010/AR. U.S. v. Shawn M. Hines. CCA 20120024. Appellant's motion for leave to file a corrected joint appendix granted.

Monday, September 9, 2013

